IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICARDO MORALES,    :
   Petitioner,    :
                     :   No. 1:17-cv-01079
   v.    :
                     :   (Judge Rambo)
WARDEN SPAULDING,    :
   Respondent    :

## ORDER

**AND NOW**, on this 28th day of March 2018, upon consideration of the petition for writ of habeas corpus (Doc. No. 1), and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED** for lack of jurisdiction; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                s/Sylvia H. Rambo
                                SYLVIA H. RAMBO
                                United States District Judge